1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SEDGWICK CLAIMS MANAGEMENT
     SERVICES, INC.,

11
                  Plaintiff,                    No. 2:12-mc-0053 LKK CKD
12
            vs.
13
     KIMBERLEY SOUKUP,
14
                  Defendant.                    ORDER
15   _____/

16           Pending before the court is defendant's motion to reconsider this court's order

17   denying a motion to quash a subpoena directed to the custodian of records for Facebook, Inc.

18   Defendant contends that the documents sought by the subpoena will divulge to plaintiff attorney-

19   client communications.  Upon review of the motion for reconsideration, and good appearing

20   therefor, THE COURT ORDERS AS FOLLOWS:

21           The August 13, 2012 order denying the motion to quash is modified as follows:

22   All documents produced pursuant to the subpoena at issue shall be provided for inspection to

23   defense counsel prior to production to plaintiff.  All such documents shall be Bates-stamped,

24   with costs associated therewith billed to defendant.  Upon inspection of the subpoenaed

25   documents, defendant may, within fourteen days of provision of the documents by the

26   subpoenaed entity, designate documents to be withheld on the basis of attorney-client privilege

                                                 1

1 and shall provide a privilege log identifying the Bates number of the documents and date of the

2 communication.  All documents that are not identified on the privilege log shall be produced to

3 plaintiff.  Defendant shall serve a copy of this order on the subpoenaed entity.

4   Dated: August 21, 2012

5   _____

6   CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

7

8 4 sedgwick-soukup.rec

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26