IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

       Plaintiff,                    No. 2:12-mc-0053 LKK CKD

     vs.

KIMBERLEY SOUKUP,

       Defendant.               ORDER
_____/

       Pending before the court is defendant's motion to reconsider this court's order denying a motion to quash a subpoena directed to the custodian of records for Facebook, Inc. Defendant contends that the documents sought by the subpoena will divulge to plaintiff attorney-client communications. Upon review of the motion for reconsideration, and good appearing therefor, THE COURT ORDERS AS FOLLOWS:

       The August 13, 2012 order denying the motion to quash is modified as follows: All documents produced pursuant to the subpoena at issue shall be provided for inspection to defense counsel prior to production to plaintiff. All such documents shall be Bates-stamped, with costs associated therewith billed to defendant. Upon inspection of the subpoenaed documents, defendant may, within fourteen days of provision of the documents by the subpoenaed entity, designate documents to be withheld on the basis of attorney-client privilege

1


and shall provide a privilege log identifying the Bates number of the documents and date of the communication. All documents that are not identified on the privilege log shall be produced to plaintiff. Defendant shall serve a copy of this order on the subpoenaed entity.

Dated: August 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sedgwick-soukup.rec